WILBERT S. BIRDSALL, Appellant, *v.* JOHN P. WHEELER et al., Respondents.

*Birdsall* v. *Wheeler*, 62 App. Div. 625, affirmed.
(Argued December 9, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

September 5, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Robert S. Parsons* for appellant.

*A. D. Wales* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. ·